# Third District Court of Appeal

## State of Florida

Opinion filed July 12, 2023.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D22-1303
Lower Tribunal No. F02-12509E
_____

**Jesus Torres Roman,**
Appellant,

vs.

**The State of Florida,**
Appellee.

An appeal conducted pursuant to Anders v. California, 386 U.S. 738 (1967), from the Circuit Court for Miami-Dade County, William Thomas, Judge.

Jesus Torres Roman, in proper person.

Ashley Moody, Attorney General, for appellee.

Before LOGUE, C.J., and HENDON and LOBREE, JJ.

PER CURIAM.

Affirmed.